IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

RICHARD H. SAMPLES,

      Petitioner.

/

No. C 17-6980 WHA (PR)

**ORDER OF DISMISSAL**

      This case was opened on December 6, 2017, petitioner, a prisoner of the State of California, filed a letter concerning a petition for a writ of habeas corpus. On the same day, the clerk notified petitioner that he did not file a petition for a writ of habeas corpus or an application to proceed in forma pauperis ("IFP"). The clerk mailed to petitioner a form petition, an IFP application form, instructions for completing the forms, and a stamped return envelope. The clerk informed petitioner that if he did not file a petition and either pay the filing fee or file an IFP application within 28 days, the case would be dismissed. No response has been received. Accordingly, this case is **DISMISSED.**

      The clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: January 31, 2018

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE